IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| WILLIAM CROZIER , | * |
| Plaintiff, | * |
| v. | Case No.  1:24-CV-00111-ALS |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

# J U D G M E N T

Pursuant to the Order of this Court filed February 13, 2025, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $12,987.23 .

This 14th day of February, 2025.

David W. Bunt, Clerk

s/  Michelle Paschal, Deputy Clerk